### No. 2268.—E. W. BURBANK v. I. BLOOM.

Where the evidence in the record in a suit for damages for the violation of a commutative contract makes it clear that the defendant is in fault and liable, the judgment of the court below awarding the damages will be affirmed on appeal.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. Fellows & Mills,* for plaintiff and appellee. *E. W. Huntington* and *Clarke, Bayne & Renshaw,* for defendant and appellant.

WYLY, J. The defendant has appealed from a judgment condemning him to pay the amount of damages claimed by the plaintiff for failing to deliver the twenty-five barrels of alcohol and the forty barrels of whisky which the defendant sold to the plaintiff on the tenth day of December, 1864, "to arrive," and to be delivered, as the plaintiff alleges, in fifteen days.

From the evidence we are satisfied that the judgment appealed from is correct, and the defendant should pay the damages occasioned by the unjustifiable violation of his contract.

For the reasons assigned in the written opinion of the learned judge *a quo,* it is ordered that his judgment be affirmed, with costs.